**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Hugh D. McGlade                      CHAPTER 13
      Caroline A. McGlade
              Debtor(s)                 BKY. NO. 21-10137 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5 and index same on the master mailing list.

                                              Respectfully submitted,

                                      /s/ *Rebecca Solarz*
                                      Rebecca Solarz
                                      28 Jan 2021, 13:37:27, EST

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322