**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter: 13
Case No: 2110137

In re: HUGH D MCGLADE
CAROLINE A MCGLADE

Account Number: 5952

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 8 filed on or about 03/23/2021 in the amount of $589.95 .

On this 9/20/2021.


By: /s/ Ciara M. Lawton
Ciara M. Lawton, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com