

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2110137

DEBTOR(S):

HUGH D MCGLADE

CAROLINE A MCGLADE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $1,103.00

CREDITOR'S SIGNATURE:

/s/ Susan Gaines

CREDITOR CONTACT INFO:

MERRICK BANK

Resurgent Capital Services

PO Box 10368

Greenville, SC 29603

(866) 572-0265

DATE:

9/23/2021