

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2110137

DEBTOR(S):

HUGH D MCGLADE

CAROLINE A MCGLADE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 9 IN THE AMOUNT OF $922.87

CREDITOR'S SIGNATURE:

/s/ Susan Gaines

CREDITOR CONTACT INFO:

PYOD, LLC

Resurgent Capital Services

PO Box 19008

Greenville, SC 29602

(877) 264-5884

DATE:

9/23/2021