United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hugh D McGlade  
Caroline A. McGlade  
    Debtors

Case No. 21-10137-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 21, 2021 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hugh D McGlade, Caroline A. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14577459 | | Aqua Pennsylvania, 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14577455 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14595040 | | Deutsche Bank National Trust Company, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14579745 | + | Deutsche Bank National Trust Company, as Trustee,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14577463 | | I.C. Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14577464 | + | Jacqueline McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14577466 | + | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14577471 | + | Santander Consumer USA, 8585 N Stemmons FW, Suite 1100 N, Dallas, TX 75247-3822 |
| 14578839 | + | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14581836 | + | Santander Consumer USA Inc., c/o William E. Craig, Esq, 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 14577472 | + | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14577473 | + | Upper Darby Township, Municipal Building, Room 102, 100 Garrett Road, Upper Darby, PA 19082-3135 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14577460 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 21 2021 23:18:00 | Comenity Bank/Venus Credit, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14577461 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 21 2021 23:18:00 | Comenity Bank/Woman Within, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14577543 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 21 2021 23:18:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14577462 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 21 2021 23:18:00 | Credit Acceptance Corp., P.O. Box 5070, Southfield, MI 48086-5070 |
| 14577458 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 21 2021 23:18:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14577465 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2021 23:18:00 | Jefferson Capial Syatems LLC, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 14577467 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 21 2021 23:18:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14577468 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:29:28 | LVNV Funding LLC, c/o Resurgent Capital Services, LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14579512 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:29:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14579952 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 21 2021 23:29:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14577469 | | Email/Text: info@plazaservicesllc.com | | |

Case 21-10137-amc    Doc 32    Filed 09/23/21    Entered 09/24/21 00:37:57    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 155 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 21 2021 23:18:00 | Plaza Services, 110 Hammond Drive, Atlanta, GA 30328 |
| 14577470 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2021 23:19:22 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14590160 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2021 23:29:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14593120 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:29:31 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14579511 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:29:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14588444 | + | Email/Text: documentfiling@lciinc.com | Sep 21 2021 23:18:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14577474 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 21 2021 23:18:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14577457 | *+ | Caroline A. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14577456 | *+ | Hugh D. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Hugh D McGlade spitofskybk@verizon.net spitofskylaw@verizon.net |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Caroline A. McGlade spitofskybk@verizon.net spitofskylaw@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 155 | Total Noticed: 30 |

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Hugh D McGlade and Caroline A. McGlade

    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10137−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this September 21, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

26 − 9
Form 155