**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 21-10137-AMC

HUGH  D MCGLADE
CAROLINE  A. MCGLADE
4051 REDDEN ROAD

DREXEL HILL, PA 19026

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

HUGH  D MCGLADE
CAROLINE  A. MCGLADE
4051 REDDEN ROAD

DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Date: 12/13/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee