**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HUGH D MCGLADE<br>CAROLINE A. MCGLADE | Chapter 13 |
| Debtor | Bankruptcy No. 21-10137-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Dated: May 31, 2022

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
HUGH D MCGLADE
CAROLINE A. MCGLADE
4051 REDDEN ROAD

DREXEL HILL, PA 19026