United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 21-10137-amc

Hugh D McGlade                                                                          Chapter 13

Caroline A. McGlade

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hugh D McGlade, Caroline A. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14577459 | | Aqua Pennsylvania, 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14577455 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14579745 | + | Deutsche Bank National Trust Company, as Trustee,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14577464 | + | Jacqueline McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14577466 | + | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14581836 | + | Santander Consumer USA Inc., c/o William E. Craig, Esq, 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 14577473 | + | Upper Darby Township, Municipal Building, Room 102, 100 Garrett Road, Upper Darby, PA 19082-3135 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 01 2022 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:56 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2022 03:49:55 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2022 03:50:01 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:56 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| NONE | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:56 | Pinnacle Credit Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14577460 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 03:38:00 | Comenity Bank/Venus Credit, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14577461 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 03:38:00 | Comenity Bank/Woman Within, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14577543 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 01 2022 03:38:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14577462 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 01 2022 03:38:00 | Credit Acceptance Corp., P.O. Box 5070, Southfield, MI 48086-5070 |
| 14595040 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 01 2022 03:38:00 | Deutsche Bank National Trust Company, as |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 37

| ID | | Delivery method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14577458 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 01 2022 03:38:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14577463 | | Email/Text: Bankruptcy@ICSystem.com | Jun 01 2022 03:38:00 | I.C. Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14577465 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2022 03:38:00 | Jefferson Capial Syatems LLC, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 14577467 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 01 2022 03:38:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14577468 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:56 | LVNV Funding LLC, c/o Resurgent Capital Services, LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14579512 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14579952 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2022 03:49:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14577469 | | Email/Text: info@plazaservicesllc.com | Jun 01 2022 03:38:00 | Plaza Services, 110 Hammond Drive, Atlanta, GA 30328 |
| 14577470 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2022 03:49:58 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14590160 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2022 03:49:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14593120 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:56 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14579511 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:50:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14577471 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 01 2022 03:38:00 | Santander Consumer USA, 8585 N Stemmons FW, Suite 1100 N, Dallas, TX 75247-3822 |
| 14578839 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 01 2022 03:38:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14577472 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 01 2022 03:38:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14588444 | + | Email/Text: documentfiling@lciinc.com | Jun 01 2022 03:38:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14577474 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 01 2022 03:38:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14577457 | *+ | Caroline A. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14577456 | *+ | Hugh D. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: May 31, 2022                     Form ID: pdf900                          Total Noticed: 37

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Hugh D McGlade spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Caroline A. McGlade spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13
HUGH  D MCGLADE
CAROLINE  A. MCGLADE

        Debtor                         Bankruptcy No. 21-10137-AMC

# <u>O R D E R</u>

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

_____

Dated: May 31, 2022                         Honorable Ashely M. Chan
                                            Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
HUGH  D MCGLADE
CAROLINE  A. MCGLADE
4051 REDDEN ROAD

DREXEL HILL, PA 19026